COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTIONS**

| | |
|---|---|
| Cause number: | 01-18-00425-CV |
| Style: | Hani Hafiz Ibrahim Qutiefan v. Lubna Aziz Safi |
| Date motions filed[*]: | February 14, 2019 |
| Type of motions: | Motion for Withdrawal of Counsel; Motion to Extend Time to File Brief |
| Party filing motions: | Appellant's counsel Jetty Abraham |
| Document to be filed: | Notice to pro se appellant; Appellant's brief |

Is appeal accelerated?      No.

If motion to extend time:

| | |
|---|---|
| Original due date: | January 28, 2019 |
| Number of extensions granted: | 0      Current Due Date: February 19, 2019 |
| Date Requested: | N/A |

Ordered that motions are:

☒ Granted

      If documents are to be filed, documents due:  3/4/19 (notice); 3/21/19 (brief).

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _Appellant's counsel's motions for withdrawal of counsel and extension of time to file brief, to allow her client time to obtain new counsel, are **granted**. *See* TEX. R. APP. P. 6.5(a). Accordingly, the Clerk of this Court is directed to remove Jetty Abraham as counsel for appellant.  Ms. Abraham is ordered to comply with her notification obligations by serving a copy of the motion to withdraw and this Order and the notice required under Rule 6.5(c) to the pro se appellant and by filing a copy of the notice with the Clerk of this Court within ten days of the date of this Order. *See id.* 6.5(c).  Appellant's pro se brief must be filed within 30 days of the date of this Order, or by **March 21, 2019**, unless appellant files an extension or new counsel files an appearance with an extension request._

Judge's signature: ___/s/ Evelyn V. Keyes_____

                x  Acting individually      ☐  Acting for the Court

Date: __February 21, 2019_____